IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PETER MORGAN ATTWOOD,

     *Plaintiff*,

v.                                 Case No. 1:18-cv-00038-MW/GRJ

FLORIDA       REPRESENTATIVE
CHARLES W. CLEMONS, SR.,

     *Defendant*.

_____/

## DECLARATION OF REPRESENTATIVE CHUCK CLEMONS

1.     My full name is Charles W. Clemons, Sr., and I am also known as Chuck Clemons.  I am over the age of eighteen years old.

2.     I filed to become a candidate for state representative from House District 21 at the beginning of February 2016.  I was elected to that office for a two-year term on November 8, 2016.  I have been a candidate for re-election as state representative from House District 21 since January 11, 2017.  The general election for this office will occur on November 6, 2018.

3.     I created my Twitter account under the handle @chuckclemons21 in February 2016 as part of my campaign for election to the office of state representative for House District 21.  I was not a state representative when I started that account.  I have used and continue to use this account exclusively for personal

purposes, including as part of either my election or re-election efforts.  In fact, the masthead at the top of my account feed consistently has included an image of my campaign sign:  "Chuck Clemons for State Representative."  That image remains at the top of my account feed, and a screenshot is attached hereto as Composite Exhibit 1.  A link to my campaign website, chuckclemons.com, appears on my Twitter home page.

4.    Only my political consultant and I ever have had log-in access to my Twitter account, and only my political consultant and I have "tweeted" or "retweeted" or otherwise posted anything on Twitter through the @chuckclemons21 account.  My political consultant and I utilize this account to publish information that I believe would be of interest to voters and potential voters in House District 21 or that my political consultant and I believe would have some campaign value.  It is my personal account, and I utilize exclusively personal resources to operate the account for the exclusive purpose of expressing my thoughts and views.  My political consultant is not a House employee.

5.    Like my @chuckclemons Twitter account, I created my @chuckclemons Facebook page in February 2016 as part of my campaign for election to the office of state representative for House District 21.  I was not a state representative when I started that account.  I have used and continue to use this Facebook page exclusively for personal purposes, including as part of either my

2

election or re-election efforts.   In fact, the masthead at the top of my page consistently has included an image of my campaign sign: "Chuck Clemons for State Representative."   That image remains at the top of my Facebook page.   Moreover, even though state law does not require it, this Facebook page includes, under the "About" tab, the disclaimer, "Paid by Chuck Clemons, Republican, for State Representative, District 21."   There are multiple posts on this Facebook page discussing my campaign and fundraising.   Under contact information, my Facebook page lists my campaign website, www.chuckclemons.com, and my campaign e-mail address, chuck@chuckclemons.com.   A screenshot of this "About" tab is attached hereto as Composite Exhibit 1.

6.     Only my wife, my political consultant, a campaign intern, and I ever have had log-in access to my @chuckclemons Facebook page to post and edit items. My campaign intern is not a House employee.   I utilize this page to publish information that I believe would be of interest to voters and potential voters in House District 21 or that my political consultant and I believe would have some campaign value.   It is my personal page, and I utilize exclusively personal resources to operate the page for the exclusive purpose of expressing my thoughts and views.   Even though I do not use this Facebook page to debate issues or to provide a public forum, I do permit comments from the public on this page, including comments disagreeing with positions or votes I have taken.   I designated this Facebook page as a "public

figure" page because, under Facebook terms of usage, that was one of the labels for the option that would allow the public to view this campaign page without having to submit a "Friend" request first.  I did not designate it a "public figure" page with the intent of utilizing the page as my official state representative page.  I consider my member page at the House website, https://www.myfloridahouse.gov/Sections/Representatives/details.aspx?MemberId =4655&LegislativeTermId=87 (attached hereto as part of Composite Exhibit 2) as my official state representative page, and it is from there that any member of the public can send me an e-mail directly and communicate with me.

7.     I have not and do not utilize Twitter through the @chuckclemons21 account, or my personal Facebook pages, to engage in dialogue with my constituents or to provide constituent services, and I do not use Twitter or Facebook to provide a public forum for the debate of any issues.  I just do not find either medium effective for engaging in meaningful dialogue with my constituents.  There is no House policy or rule that requires me to use a Twitter feed or Facebook page, and I do not operate my campaign Twitter feed and campaign Facebook page (both under the handle @chuckclemons21) pursuant to any guidelines set out by the House.  Neither my campaign Twitter feed nor my Facebook campaign page (under the handle @chuckclemons21) is in any way controlled, governed, or managed by the House.

8.     Instead, I utilize traditional and much more effective means to communicate with and hear from my constituents and provide them services.  The following are some examples of this.  I maintain an open-door policy in my district office and Capitol office—any constituent may make an appointment to meet with me and discuss any issue he or she considers important.  In fact, on one or more occasions, I have met with a constituent or group that has disagreed with me on an issue; in other words, I do not pre-screen constituent appointment requests based on viewpoint.  I review all of my constituent mail, i.e., none of it is pre-screened.  I have attended seven publicly announced county delegation meetings within House District 21 since I was elected in 2016:  three in Alachua County, two in Dixie County, and two in Gilchrist County.  At these meetings, any member of the public could ask me questions and state his or her views.

9.     A constituent or any other member of the public may communicate with me by sending an e-mail to chuck.clemons@myfloridahouse.gov.  An e-mail from anyone to this Florida House of Representatives account comes directly to me, and as with all mail addressed to me, I review all e-mail that comes to my inbox, without it first being pre-screened for content.  The Florida House of Representatives facilitates the e-mailing of members, including me, through its website portal. Anyone may go to the House website www.myfloridahouse.gov, click on the "Representatives" tab, click on my name, and click the button labeled, "Email

Representative" under my picture.  Doing this pulls up a template where the person inputs his or her name, e-mail address, and city; after completing these fields, a text box comes up that allows the person to type a message to be e-mailed to me.  Once sent, that message goes to my House e-mail account to be read by me.  The attached Composite Exhibit 2 (screenshots, an e-mail receipt that would be received by the member of the public, and a reply e-mail from me) illustrates this process.  I have not blocked any e-mail address on this account.  If Mr. Attwood or anyone else wants to communicate with me via the House e-mail portal just described, that e-mail will come directly to me.  In fact, attached hereto as Composite Exhibit 3 are two e-mails that Mr. Attwood sent to me, including one from the House portal that I just described.

10.   I do not allow any House staff log-in access to either my Twitter account or my Facebook account under the handle @chuckclemons21.  I do not utilize any House staff or state resources to operate either my Twitter account or my Facebook account.   Any photos or information regarding my work as a representative included on my Twitter account or Facebook page were derived from publicly available sources.  In fact, I understand that it would be against House policy to utilize House staff or House resources to assist with campaign social media efforts like my @chuckclemons21 Twitter account and Facebook page.

11.    In February 2018, I received a Twitter notification that the handle @morganattwood had mentioned on its Twitter feed my handle, @chuckclemons21. I now understand the handle @morganattwood belongs to the plaintiff, Morgan Attwood.    The mention on @morganattwood's feed seemed unnecessarily aggressive toward me, so I looked @morganattwood up on the internet, and I noticed at least one tweet from the same handle, @morganattwood, that contained an expletive, and a substantially similar image of that tweet is attached hereto as Exhibit 4.  Only after seeing that tweet did I block @morganattwood from accessing my personal @chuckclemons21 Twitter account.    Because children and others who might be offended by Mr. Attwood's language might read my Facebook page and comments posted to my page, I barred Mr. Attwood from accessing that Facebook page as well.  I did not block Mr. Attwood from either my Twitter feed or my Facebook page because Mr. Attwood appeared to disagree me.  There are numerous individuals who disagree with me but still have access to my Twitter and Facebook accounts.

12.    I blocked Mr. Attwood because of his apparent propensity for using foul and offensive language on his Twitter feed.  There are other tweets from Mr. Attwood's handle, like the ones attached as Composite Exhibit 5, that I find offensive, and I do not want to have any association between my Twitter feed and the @morganattwood feed that contains these offensive tweets.  I also do not want

any association between my personal Facebook campaign page (again, which children and others that could take offense) and someone who would make such objectively offensive and inappropriate tweets.

FURTHER DECLARANT SAYETH NAUGHT.

I declare under penalty of perjury that the foregoing is true and correct. Executed on March 23 , 2018.

Charles W. Clemons, Sr.



Exhibit 1



👍 Like   🔊 Follow   ➤ Share   ⋯

Learn More     💬 Send Message

**Chuck Clemons**
@ChuckClemons21

Home

**About**

District

Photos

Email Signup

Videos

Posts

Community

a fourth generation Floridian, living almost his entire life in Alachua County. The Santa Fe High School graduate is a first generation college student, earning his Associate's Degree from Florida Gateway College and his Bachelor's Degree from the University of Florida. He worked two jobs to earn his way through college.

Clemons spent much of his career in private business as a Chartered Financial Consultant. Chuck was self-employed and worked with Koss-Olinger Financial Group for nearly 20 years assisting individuals and small businesses with their retirement, investments, and insurance planning.

Chuck served as an Alachua County Commissioner from 1996-2000. As a County Commissioner, he fought to keep taxes low by rolling back the millage rate. He was also instrumental in recruiting the Dollar General Distribution center to Alachua.

In 2001, he was appointed by President George W. Bush as the State Director of USDA Rural Development overseeing a two billion dollar portfolio with operations in Florida and the U.S. Virgin Islands. The agency's mission is to create economic development and improve the quality of life for those living in rural communities. Clemons lead efforts to streamline the agency, improve service, enhance program effectiveness, increase efficiency, and eliminate waste.

Clemons is currently the Vice President of Advancement and Communications for Santa Fe College, a position he has held since 2007. He has lead the campaign efforts that raised more than fifteen million dollars for scholarships and program enhancements.

Clemons served as past President of the Florida Council for Resource Development for the Florida College System and is currently a Board Member for the Florida State Fair Authority. He was also a co-Founder and Board Member of Bikers on Parade for the U.S.A., which raised over $500,000 for the American Red Cross and various veterans causes. Chuck previously served as Board Member for the North Central Florida American Red Cross, Vice Chairman of the Alachua County Library Board of Governors, Member of the North Central Florida Regional Planning Council, President of the Fightin' Gators Touchdown Club, President of the Kiwanis Club of the University City, President of the Kiwanis Club Foundation, and President of the Alpha Gamma Rho Educational Foundation.

Chuck and his wife, Jane, live in Newberry, Florida, and have four children and one grandson.

 Public Figure



FLORIDA HOUSE OF REPRESENTATIVES

Thursday, March 08, 2018

Home   Bills   Publications   Representatives   Leadership   Committees   House Schedule   Tracking   Public Guide

Find Bill   Regular Session 2018                    Search   │   Find Statute   2017                    Search

**Session Live**

Home   ›   Representatives

## Representatives Of The Florida House

### Instructions

You may sort by Representative, Party, or District by clicking on the appropriate header label. Clicking the same label more than once will toggle the sort between ascending and descending order. You can also find your representative by clicking on the "Find Your Representative" icon below.

**Find Your Representative**

### Resources

- Demographics
- Effective Communication with Your Representative
- House Districts Maps
- Qualifications of Representatives
- Historical Record of Representatives
- Term Limits of Representatives
- The People of Lawmaking in Florida

### View Representatives for  2016 - 2018 ( Speaker Corcoran )

| Districts | Party | Representative | County(s) (1) | Term |
|---|---|---|---|---|
| 81 | D | Abruzzo, Joseph | *Part of* Palm Beach | 11/09/16 - 11/06/18 |
| 66 | R | Ahern, Larry | *Part of* Pinellas | 11/09/16 - 11/06/18 |
| 56 | R | Albritton, Ben | DeSoto, Hardee *and part of* Polk | 11/09/16 - 11/06/18 |
| 8 | D | Alexander, Ramon | Gadsden *and part of* Leon | 11/09/16 - 11/06/18 |
| 52 | R | Altman, Thad | *Part of* Brevard | 11/09/16 - 11/06/18 |
| 46 | D | Antone, Bruce | *Part of* Orange | 11/09/16 - 11/06/18 |
| 118 | D | Asencio, Robert | *Part of* Miami-Dade | 11/21/16 - 11/06/18 |
| 9 | D | Ausley, Loranne | *Part of* Leon | 11/09/16 - 11/06/18 |
| 111 | R | Avila, Bryan | *Part of* Miami-Dade | 11/09/16 - 11/06/18 |

**Exhibit 2**

| 90 | D | Berman, Lori | Part of Palm Beach | 11/09/16 - 11/06/18 |
|---|---|---|---|---|
| 7 | R | Beshears, Halsey | Calhoun, Franklin, Gulf, Jefferson, Lafayette, Liberty, Madison, Taylor, Wakulla and part of Leon | 11/09/16 - 11/06/18 |
| 115 | R | Bileca, Michael | Part of Miami-Dade | 11/09/16 - 11/06/18 |
| 71 | R | Boyd, Jim | Parts of Manatee, Sarasota | 11/09/16 - 11/06/18 |
| 28 | R | Brodeur, Jason T. | Part of Seminole | 11/09/16 - 11/06/18 |
| 45 | D | Brown, Kamia L. | Part of Orange | 11/09/16 - 11/06/18 |
| 38 | R | Burgess, Jr., Daniel Wright "Danny" | Part of Pasco | 11/09/16 - 11/06/18 |
| 40 | R | Burton, Colleen | Part of Polk | 11/09/16 - 11/06/18 |
| 11 | R | Byrd, Cord | Nassau and part of Duval | 11/09/16 - 11/06/18 |
| 79 | R | Caldwell, Matt | Part of Lee | 11/09/16 - 11/06/18 |
| 21 | R | Clemons, Sr., Charles Wesley "Chuck" | Dixie, Gilchrist and part of Alachua | 11/09/16 - 11/06/18 |
| 37 | R | Corcoran, Richard | Part of Pasco | 11/09/16 - 11/06/18 |
| 43 | D | Cortes, John | Part of Osceola | 11/09/16 - 11/06/18 |
| 30 | R | Cortes, Robert "Bob" | Parts of Orange, Seminole | 11/09/16 - 11/06/18 |
| 62 | D | Cruz, Janet | Part of Hillsborough | 11/09/16 - 11/06/18 |
| 18 | R | Cummings, W. Travis | Part of Clay | 11/09/16 - 11/06/18 |
| 14 | D | Daniels, Kimberly | Part of Duval | 11/09/16 - 11/06/18 |
| 13 | D | Davis, Tracie | Part of Duval | 11/09/16 - 11/06/18 |
| 68 | D | Diamond, Ben | Part of Pinellas | 11/09/16 - 11/06/18 |
| 103 | R | Diaz, Jr., Manny | Parts of Broward, Miami-Dade | 11/09/16 - 11/06/18 |
| 80 | R | Donalds, Byron | Hendry and part of Collier | 11/09/16 - 11/06/18 |
| 5 | R | Drake, Brad | Holmes, Jackson, Walton, Washington and part of Bay | 11/09/16 - 11/06/18 |
| | | | | 11/09/16 - 11/06/18 |

| 94 | D | DuBose, Bobby B. | Part of Broward | |
| 112 | D | Duran, Nicholas X. | Part of Miami-Dade | 11/09/16 - 11/06/18 |
| 77 | R | Eagle, Dane | Part of Lee | 11/09/16 - 11/06/18 |
| 98 | D | Edwards-Walpole, Katie | Part of Broward | 11/09/16 - 11/06/18 |
| 15 | R | Fant, Jay | Part of Duval | 11/09/16 - 11/06/18 |
| 53 | R | Fine, Randy | Part of Brevard | 11/09/16 - 11/06/18 |
| 16 | R | Fischer, Jason | Part of Duval | 11/09/16 - 11/06/18 |
| 78 | R | Fitzenhagen, Heather | Part of Lee | 11/09/16 - 11/06/18 |
| 100 | D | Geller, Joseph | Parts of Broward, Miami-Dade | 11/09/16 - 11/06/18 |
| 74 | R | Gonzalez, Julio | Part of Sarasota | 11/09/16 - 11/06/18 |
| 72 | D | Good, Margaret | Part of Sarasota | 02/13/18 - 11/06/18 |
| 51 | R | Goodson, Tom | Part of Brevard | 11/09/16 - 11/06/18 |
| 54 | R | Grall, Erin | Indian River and part of St. Lucie | 11/09/16 - 11/06/18 |
| 64 | R | Grant, James "J.W." | Parts of Hillsborough, Pinellas | 11/09/16 - 11/06/18 |
| 75 | R | Grant, Michael | Charlotte | 11/09/16 - 11/06/18 |
| 73 | R | Gruters, Joe | Parts of Manatee, Sarasota | 11/09/16 - 11/06/18 |
| 89 | R | Hager, Bill | Part of Palm Beach | 11/09/16 - 11/06/18 |
| 108 | D | Hardemon, Roy | Part of Miami-Dade | 11/09/16 - 11/06/18 |
| 83 | R | Harrell, Gayle B. | Parts of Martin, St. Lucie | 11/09/16 - 11/06/18 |
| 63 | R | Harrison, Shawn | Part of Hillsborough | 11/09/16 - 11/06/18 |
| 26 | D | Henry, Patrick | Part of Volusia | 11/09/16 - 11/06/18 |
| 35 | R | Ingoglia, Blaise | Part of Hernando | 11/09/16 - 11/06/18 |
| 1 | R | Ingram, Clay | Part of Escambia | 11/09/16 - 11/06/18 |

| 96 | D | Jacobs, Kristin Diane | *Part of* Broward | 11/09/16 - 11/06/18 |
| 88 | D | Jacquet, Al | *Part of* Palm Beach | 11/09/16 - 11/06/18 |
| 99 | D | Jenne, Evan | *Part of* Broward | 11/09/16 - 11/06/18 |
| 101 | D | Jones, Shevrin D. "Shev" | *Part of* Broward | 11/09/16 - 11/06/18 |
| 41 | R | Killebrew, Sam H. | *Part of* Polk | 11/09/16 - 11/06/18 |
| 42 | R | La Rosa, Mike | *Parts of* Osceola, Polk | 11/09/16 - 11/06/18 |
| 67 | R | Latvala, Chris | *Part of* Pinellas | 11/09/16 - 11/06/18 |
| 84 | D | Lee, Jr., Larry | *Part of* St. Lucie | 11/09/16 - 11/06/18 |
| 25 | R | Leek, Thomas J. "Tom" | *Part of* Volusia | 11/09/16 - 11/06/18 |
| 82 | R | Magar, MaryLynn "ML" | *Parts of* Martin, Palm Beach | 11/09/16 - 11/06/18 |
| 36 | R | Mariano, Amber | *Part of* Pasco | 11/09/16 - 11/06/18 |
| 34 | R | Massullo, MD, Ralph E. | Citrus *and part of* Hernando | 11/09/16 - 11/06/18 |
| 23 | R | McClain, Stan | *Part of* Marion | 11/09/16 - 11/06/18 |
| 58 | R | McClure, Lawrence | *Part of* Hillsborough | 12/20/17 - 11/06/18 |
| 117 | D | McGhee, Kionne L. | *Part of* Miami-Dade | 11/09/16 - 11/06/18 |
| 48 | D | Mercado, Amy | *Part of* Orange | 11/09/16 - 11/06/18 |
| 32 | R | Metz, Larry | *Part of* Lake | 11/09/16 - 11/06/18 |
| 47 | R | Miller, Mike | *Part of* Orange | 11/09/16 - 11/06/18 |
| 93 | R | Moraitis, Jr., George R. | *Part of* Broward | 11/09/16 - 11/06/18 |
| 97 | D | Moskowitz, Jared Evan | *Part of* Broward | 11/09/16 - 11/06/18 |
| 70 | D | Newton, Wengay "Newt" | *Parts of* Hillsborough, Manatee, Pinellas, Sarasota | 11/09/16 - 11/06/18 |
| 119 | R | Nuñez, Jeanette M. | *Part of* Miami-Dade | 11/09/16 - 11/06/18 |

| 110 | R | Oliva, Jose R. | Part of Miami-Dade | 11/09/16 - 11/06/18 |
| 44 | R | Olszewski, Robert "Bobby O" | Part of Orange | 10/10/17 - 11/06/18 |
| 19 | R | Payne, Bobby | Bradford, Putnam, Union and part of Clay | 11/09/16 - 11/06/18 |
| 114 | | Pending District 114, Special Election | Part of Miami-Dade | Vacant |
| 33 | | Pending District 33, Special Election | Sumter and parts of Lake, Marion | Vacant |
| 39 | | Pending District 39, Special Election | Parts of Osceola, Polk | Vacant |
| 116 | R | Perez, Daniel | Part of Miami-Dade | 09/26/17 - 11/06/18 |
| 69 | R | Peters, Kathleen M. | Part of Pinellas | 11/09/16 - 11/06/18 |
| 55 | R | Pigman, Cary | Glades, Highlands, Okeechobee and part of St. Lucie | 11/09/16 - 11/06/18 |
| 29 | R | Plakon, Scott | Part of Seminole | 11/09/16 - 11/06/18 |
| 50 | R | Plasencia, Rene "Coach P" | Parts of Brevard, Orange | 11/09/16 - 11/06/18 |
| 4 | R | Ponder, Mel | Part of Okaloosa | 11/09/16 - 11/06/18 |
| 10 | R | Porter, Elizabeth W. | Baker, Columbia, Hamilton, Suwannee and part of Alachua | 11/09/16 - 11/06/18 |
| 102 | D | Pritchett, Sharon | Parts of Broward, Miami-Dade | 11/09/16 - 11/06/18 |
| 57 | R | Raburn, Jake | Part of Hillsborough | 11/09/16 - 11/06/18 |
| 120 | R | Raschein, Holly | Monroe and part of Miami-Dade | 11/09/16 - 11/06/18 |
| 24 | R | Renner, Paul | Flagler and parts of St. Johns, Volusia | 11/09/16 - 11/06/18 |
| 113 | D | Richardson, David | Part of Miami-Dade | 11/09/16 - 11/06/18 |
| 76 | R | Rodrigues, Ray Wesley | Part of Lee | 11/09/16 - 11/06/18 |
| 106 | R | Rommel, Bob | Part of Collier | 11/09/16 - 11/06/18 |
| 85 | R | Roth, Rick | Part of Palm Beach | 11/09/16 - 11/06/18 |
| 95 | D | Russell, Barrington A. "Barry" | Part of Broward | 11/09/16 - 11/06/18 |

| 27 | R | Santiago, David | *Part of* Volusia | 11/09/16 - 11/06/18 |
| 61 | D | Shaw, Sean | *Part of* Hillsborough | 11/09/16 - 11/06/18 |
| 87 | D | Silvers, David | *Part of* Palm Beach | 11/09/16 - 11/06/18 |
| 91 | D | Slosberg, Emily | *Part of* Palm Beach | 11/09/16 - 11/06/18 |
| 49 | D | Smith, Carlos Guillermo | *Part of* Orange | 11/09/16 - 11/06/18 |
| 59 | R | Spano, Ross | *Part of* Hillsborough | 11/09/16 - 11/06/18 |
| 65 | R | Sprowls, Chris | *Part of* Pinellas | 11/09/16 - 11/06/18 |
| 109 | D | Stafford, Cynthia A. | *Part of* Miami-Dade | 11/09/16 - 11/06/18 |
| 104 | D | Stark, Richard | *Part of* Broward | 11/09/16 - 11/06/18 |
| 17 | R | Stevenson, Cyndi | *Part of* St. Johns | 11/09/16 - 11/06/18 |
| 22 | R | Stone, Charlie | Levy *and part of* Marion | 11/09/16 - 11/06/18 |
| 31 | R | Sullivan, Jennifer Mae | *Parts of* Lake, Orange | 11/09/16 - 11/06/18 |
| 60 | R | Toledo, Jackie | *Part of* Hillsborough | 11/09/16 - 11/06/18 |
| 105 | R | Trujillo, Carlos | *Parts of* Broward, Collier, Miami-Dade | 11/09/16 - 11/06/18 |
| 6 | R | Trumbull, Jay | *Part of* Bay | 11/09/16 - 11/06/18 |
| 107 | D | Watson, Barbara | *Part of* Miami-Dade | 11/09/16 - 11/06/18 |
| 20 | D | Watson, Jr., Clovis | *Parts of* Alachua, Marion | 11/09/16 - 11/06/18 |
| 2 | R | White, Frank | *Parts of* Escambia, Santa Rosa | 11/09/16 - 11/06/18 |
| 86 | D | Willhite, Matt | *Part of* Palm Beach | 11/09/16 - 11/06/18 |
| 92 | D | Williams, Patricia H. | *Part of* Broward | 11/09/16 - 11/06/18 |
| 3 | R | Williamson, Jayer | *Parts of* Okaloosa, Santa Rosa | 11/09/16 - 11/06/18 |
| 12 | R | Yarborough, Clay | *Part of* Duval | 11/09/16 - 11/06/18 |

## Representatives for 2016 - 2018 ( Speaker Corcoran ) who served a partial term

| | | Representative | County(s) [(1)] | Term |
|---|---|---|---|---|
| 114 | D | Baez, Daisy J. | *Part of* Miami-Dade | 11/09/16 - 11/01/17 (Resigned) |
| 39 | R | Combee, Neil | *Parts of* Osceola, Polk | 11/09/16 - 11/24/17 (Resigned) |
| 116 | R | Diaz, Jose Felix | *Part of* Miami-Dade | 11/09/16 - 09/26/17 (Resigned) |
| 44 | R | Eisnaugle, Eric | *Part of* Orange | 11/09/16 - 05/26/17 (Resigned) |
| 33 | R | Hahnfeldt, Don | Sumter *and parts of* Lake, Marion | 11/09/16 - 12/24/17 (Deceased) |
| 72 | R | Miller, Alexandra C. "Alex" | *Part of* Sarasota | 11/09/16 - 09/01/17 (Resigned) |
| 58 | R | Raulerson, Daniel D. "Dan" | *Part of* Hillsborough | 11/09/16 - 08/15/17 (Resigned) |

\* Member has passed away.

(1) Counties represented for each Representative are obtained from Florida Department of State, Division of Elections data.

Disclaimer: Please visit the Privacy Statement and Disclaimer page of the Florida House of Representatives to see the policies and practices that apply to the information provided through this website.

Contact Us | Privacy Statement and Disclaimer | Accessibility | Site Map





# FLORIDA HOUSE OF REPRESENTATIVES

Thursday, March 08, 2018

Home | Bills | Publications | Representatives | Leadership | Committees | House Schedule | Tracking | Public Guide

**Find Bill**   Regular Session 2018                    Search   | **Find Statute**   2017                    Search

**Session Live**

Home  ›  Representatives  ›  Charles Wesley "Chuck" Clemons, Sr.

## Representative  Charles Wesley "Chuck" Clemons, Sr.

### District 21

### Republican



Email Representative

Sponsored Bills

**Capitol Office**
1301 The Capitol
402 South Monroe Street
Tallahassee, FL 32399-1300

Phone: (850) 717-5021

Map/Driving Directions

**District Office**
Unit 1
105 Southwest 140th Court

Jonesville, FL 32669-3391
Phone: (352) 313-6542

Map/Driving Directions

**OR**

City Hall - Cross City
99 Northeast 210th Avenue

Cross City, FL 32628-3217
Phone: (352) 498-1356

Map/Driving Directions

**Legislative Assistant:**

## Photo Gallery                                                    Full Gallery

     

## Committee Membership

### Current Committee Assignments

 Agriculture & Property Rights Subcommittee  *Vice Chair*
 Agriculture & Natural Resources Appropriations Subcommittee
 Commerce Committee
 Insurance & Banking Subcommittee
 Post-Secondary Education Subcommittee

## Member Information

### Biographical Information

**City of Residence:**  Newberry

**Occupation:**  College Administrator

**Spouse:**  Jane Clemons of Cincinnati, Ohio

**Child(ren):**  Shayna, Charlie, Travis, Weston

**Grandchild(ren):**  Christian, Jack, Henry

**Education:**  Florida Gateway College, AA, 1977; University of Florida, BS, 1979

**Born:**  June 21, 1957, Miami Beach, FL

**Religious Affiliation:**  Christian

**Recreational Interest:**  motorcycle touring, outdoors, travel

### Legislative Service

 Elected to the Florida House of Representatives in 2016



Ellen Boukari

**District Secretary:**
Robin Steele

| Detailed District Map |
| Large Format District Map |
| District Statistics |

Disclaimer: Please visit the Privacy Statement and Disclaimer page of the Florida House of Representatives to see the policies and practices that apply to the information provided through this website.

Contact Us | Privacy Statement and Disclaimer | Accessibility | Site Map



E-Mail Representative Charles Wesley "Chuck" Clemons, Sr.

Session Live    Session has been adjourned for the day.

Home    Representatives    Charles Wesley "Chuck" Clemons, Sr.    E-Mail Your Representative

## E-Mail Representative Charles Wesley "Chuck" Clemons, Sr.

Enter your Name and correct e-mail address, you may also enter your address information if you wish to supply it to your Representative and click on the 'Continue Button'. This will take you to the Text Entry Form. Required information is indicated by an asterisk ( * ).

| | |
|---|---|
| **\* Name:** | Adam Tanenbaum |
| **\*E-mail Address:** | adam.tanenbaum@myfloridahouse.gov |
| **Address:** | |
| **Address 2:** | |
| **\* City:** | Tallahassee |
| **State:** | |
| **Zip:** | ☐ - ☐ |
| **Phone:** | (☐) ☐ - ☐ |

Continue

**One or more required fields are missing.**

A copy of your email will be forwarded to the email address you included at the beginning of this form.

3/8/2018    E-Mail Representative Charles Wesley "Chuck" Clemons, Sr.

Case 1:18-cv-00038-MW-GRJ   Document 15-1   Filed 03/23/18   Page 22 of 36

Session Live    **Session has been adjourned for the day.**

Home    Representatives    Charles Wesley "Chuck" Clemons, Sr.    E-Mail Your Representative

## E-Mail Representative Charles Wesley "Chuck" Clemons, Sr.

Dear Adam Tanenbaum,

Welcome to my Write Your Representative page. I appreciate your taking the time to contact me. This site was created so that I may receive E-mail from the people of Florida's 21st House District. Also, this site helps me stay in touch with the people I represent and to be made aware of new issues that need immediate concern.

Your opinions are important in my decision making process on legislation affecting Florida. Please make full use of this opportunity to let me know your opinions on issues before the House.

Sincerely,
Charles Wesley Clemons, Sr.
Member of the Florida House

---

The Following information will be included in your E-Mail:

Adam Tanenbaum



Tallahassee

03/08/18 4:11 PM

To the Honorable Charles Wesley Clemons, Sr.:

> Rep. Clemons:
>
> [Comments/Requests/Issues inserted here]. Please reply.
>
> Sincerely,
>
> AST

Send E-mail

A copy of your email will be forwarded to the email address you included at the beginning of this form.

---

## Tanenbaum, Adam

**From:**        adam.tanenbaum@myfloridahouse.gov
**Sent:**        Thursday, March 8, 2018 4:13 PM
**To:**          Clemons, Chuck
**Cc:**           Tanenbaum, Adam
**Subject:**     From 'Write Your Representative' Website

Adam Tanenbaum
Tallahassee, -

03/08/18 4:13 PM

To the Honorable Charles Wesley Clemons, Sr.;

Rep. Clemons:

[Comments/Requests/Issues inserted here]. Please reply.

Sincerely,

AST

**Tanenbaum, Adam**

---

**From:**          Clemons, Chuck
**Sent:**          Thursday, March 8, 2018 4:14 PM
**To:**           Tanenbaum, Adam
**Subject:**      Re: From 'Write Your Representative' Website


Thank you for reaching out to me....

Chuck Clemons

> On Mar 8, 2018, at 4:13 PM, "adam.tanenbaum@myfloridahouse.gov" <adam.tanenbaum@myfloridahouse.gov>
wrote:
>
> Adam Tanenbaum
> Tallahassee, -
>
> 03/08/18 4:13 PM
>
> To the Honorable Charles Wesley Clemons, Sr.;
>
> Rep. Clemons:
>
> [Comments/Requests/Issues inserted here]. Please reply.
>
> Sincerely,
>
> AST
>

**From:**       morganattwood@gmail.com
**To:**          Clemons, Chuck
**Cc:**          morganattwood@gmail.com
**Subject:**    From "Write Your Representative" Website
**Date:**        Wednesday, February 21, 2018 10:46:19 AM

Morgan Attwood
9482 SW 31st LN
Gainesville,FL 32608-
(803)727-2346

02/21/18 10:46 AM

To the Honorable Charles Wesley Clemons, Sr.;

Dear Chuck,

I'd like to know why you won't answer my question on social media but you found the time to block me there?  I simply asked you why you voted NO yesterday on efforts to introduce an assault weapons ban in the State of Florida.  Blocking the voices that question your decisions isn't part of the democratic process.  Listening is.  I ask that you listen to the thousands of voices that demand sensible gun control.  Thank  you.

Regards,
P. Morgan Attwood
Gainesville

**Exhibit 3**

| **From:** | KnowWho Automail (automail@knowwho.com) On Behalf Of Your Constituent Morgan Attwood (morganattwood@gmail.com) |
|---|---|
| **To:** | Clemons, Chuck |
| **Subject:** | Fully fund Florida Forever for Conservation only |
| **Date:** | Wednesday, April 12, 2017 7:07:28 AM |

Dear Rep. Charles Wesley Clemons Sr.,

Please devote at least 25% of Land Acquisition Trust Fund (LATF) dollars, which would provide more than $160 million next year for land acquisitions vetted and identified by the Acquisition and Restoration Council (ARC) as the most valuable for conservation and to improve open spaces and parks in our communities.

Sincerely,

Mr. Morgan Attwood
9482 SW 31st Ln
Gainesville, FL 32608
morganattwood@gmail.com
(352) 505-0551

This message was sent by KnowWho, as a service provider only, on behalf of the individual noted in the sender information.



Exhibit 4



Exhibit 5















