**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**GAINESVILLE DIVISION**

PETER MORGAN ATTWOOD,

      Plaintiff,                        Case No. 1:18-cv-00038-MW-GRJ

v.

CHARLES W. CLEMONS, SR.,

      Defendant.

_____/

## JOINT MOTION TO VACATE TRIAL SCHEDULE AND STAY PROCEEDING

Plaintiff informed Defendant today that he intends to file a motion for voluntary dismissal by Monday, May 17, 2021. Defendant may oppose that motion, but in light of this development the parties jointly move that the Court vacate the current trial schedule and stay all deadlines in this proceeding so that the Court may address any issues related to dismissal prior to addressing any remaining pretrial issues.

/s Eric Lindstrom_____

Eric Lindstrom
Fla. Bar No. 104778
Egan, Lev Siwica, P.A.
Post Office Box 2231
Orlando, FL 32802
(407) 422-1400
elindstrom@eganlev.com

/s/ Jonathan L. Williams_____

Jonathan L. Williams
Fla. Bar No. 117574
Jonathan L. Williams, P.A.
113 South Monroe Street, First Floor
Tallahassee, FL 32301
(850) 706-0940
jw@jonathanwilliamslaw.com

*Attorney for Defendant*

Daniel Tilley
Fla. Bar No. 102882
ACLU Foundation of Florida
4343 West Flagler St., Suite 400,
Miami, FL 33134
(786) 363-2714
dtilley@aclufl.org

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I certify that on May 14, 2021, the foregoing was filed with the Court utilizing its CM/ECF system, which will transmit a notice of electronic filing to all counsel of record.

/s Eric Lindstrom
Eric Lindstrom